Tracey TOLES, Appellant,

v.

COASTAL MART, INC.; Mark Thornburg, Appellees.

No. 03–2334.

United States Court of Appeals, Eighth Circuit.

Submitted April 29, 2004.

Decided May 12, 2004.

Thomas Perry Frerichs, Frerichs Law Office, Waterloo, IA, for Plaintiff–Appellant.

Tracey Toles, Waterloo, IA, pro se.

Lora Lynne McCollom, Kerrie M. Plummer, Gonzalez & Saggio, West Des Moines, IA, for Defendants–Appellees.

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Tracey Toles appeals the district court's[1] adverse grant of summary judgment in her action brought under Title VII, 42 U.S.C. § 1981, and the Iowa Civil Rights Act. Toles sued her former employer, Coastal Mart, Inc., and its area manager, Mark Thornburg, claiming race discrimination. Having carefully reviewed the record, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002), we affirm.

Specifically, we reject Toles's argument that the district court erred by concluding

[1] The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, sitting by designation in the Northern District of Iowa.

defendants' actions were insufficient to create a trialworthy hostile-work-environment claim, *see Burkett v. Glickman*, 327 F.3d 658, 662 (8th Cir.2003) (for hostile-work-environment claim to succeed, alleged conduct must be so extreme as to change terms and conditions of employment); and we also reject her contention that the district court improperly declined to consider her retaliation claim, *see Speer v. Rand McNally & Co.*, 123 F.3d 658, 665 (7th Cir.1997) (district court was well within its discretion not to permit plaintiff to proceed on new theory, raised first in summary judgment resistance, as discovery had ended and summary judgment ruling was pending). Accordingly, we affirm. *See* 8th Cir. R. 47B.